UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

|  |  |  |
|---|---|---|
| JOHNNIE GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 4:14-CV-212-FL |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the memorandum and recommendation of the magistrate judge regarding the parties' cross-motions for judgment on the pleadings, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 8, 2016, and for the reasons set forth more specifically within the memorandum and recommendation, that plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted. The decision of the commissioner is upheld and this matter is dismissed.

**This Judgment Filed and Entered on February 8, 2016, and Copies To:**

Angela R. Cinski (via CM/ECF Notice of Electronic Filing)
Leo R. Montenegro via CM/ECF Notice of Electronic Filing)


February 8, 2016                             JULIE RICHARDS JOHNSTON, CLERK
                                              /s/ Christa N. Baker
                                             (By) Christa N. Baker, Deputy Clerk